UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CONSUMER PRODUCT :
DISTRIBUTION, INC. :
d/b/a J. POLEP DISTRIBUTION :
SERVICES :
Plaintiff :

05 453 S

V. :

BARBATO & SONS CANDY CO. :
Defendant :

**COMPLAINT**

The Plaintiff Consumer Product Distribution, Inc. d/b/a J. Polep Distribution Services seeks payment by the Defendant Barbato & Sons Candy Co. for goods sold and delivered.

**Parties**

1. Plaintiff Consumer Product Distribution, Inc. d/b/a J. Polep Distribution Services (Polep) is a Massachusetts corporation, with its principal place of business located at 705 Meadow Street, Chicopee, MA 01013.

2. Defendant, Barbato & Sons Candy Co. (Barbato) is a Rhode Island corporation with its principal place of business located at 292 Academy Avenue, Providence, RI 02908.

**Jurisdiction and Venue**

3. Jurisdiction is proper under 28 U.S.C. § 1332(a) in that the parties are citizens of different states and the amount in controversy exceeds $75,000.00.

4. Venue is proper under 28 U.S.C. § 1391(a) in that the Defendant's primary place of business is in this judicial district.

**Factual Allegations**

5. Polep is in the business of wholesale distribution of general merchandise such as candy, coffee, cigarettes, and similar items. From approximately March 1, 2005 to May 17, 2005, Polep sold and delivered to Barbato general merchandise. The total accounts receivable due and owing to Polep as of October 18, 2005 from Barbato is Five Hundred Ninety Six Thousand Three Hundred Six and 73/100 ($596,306.73) Dollars.

WHEREFORE, Plaintiff Polep demands judgment from Defendant in the sum of Five Hundred Ninety Six Thousand Three Hundred Six and 73/100 ($596,306.73) Dollars plus interest, costs, attorneys' fees and such other relief as may be provided by law.

Consumer Product Distribution, Inc.
d/b/a Polep Distribution Services
By its attorney

Christopher Lambert, #4396
Rodio & Ursillo, Ltd.
86 Weybosset Street
Providence RI 02903
(401) 331-6400
(401) 331-0436 FAX

DATED: October 28, 2005