"RODIO"

# United States District Court

S

FOR THE DISTRICT OF RHODE ISLAND

CONSUMER PRODUCT DISTRIBUTION, INC.
d/b/a J. POLEP DISTRIBUTION SERVICES

V.

BARBATO & SONS CANDY CO.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 05 453 S

TO: (Name and address of defendant)

Barbato & Sons Candy Co.
c/o Agent for Service:
Gilbert A. Krajewski
292 Academy Avenue
Providence RI 02908

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher Lambert, #4396
RODIO & URSILLO, LTD.
86 Weybosset Street
Providence RI 02903
(401) 331-6400
(401) 331-0436 FAX

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 10/28/05

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 11/7/05 |
| NAME OF SERVER *(PRINT)* MICHAEL DEFALCO | TITLE CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☒ Other *(specify)*: Accepted by Robert Rivelli Secretary

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $35.00 | $35- |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/7/05
*Date*

Michael DeFalco
*Signature of Server*

35 Waveland St. Johnston, RI
*Address of Server*

ROBERT RIVELLI (SECRETARY)

X [signature]

FILED
2005 NOV 17 A 10:46
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.