**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

7

CONSUMER PRODUCT DISTRIBUTION, INC.,
d/b/a J. POLEP DISTRIBUTION
SERVICES

VS. CA05-453 S

BARBATO & SONS CANDY CO.

**S T I P U L A T I O N**

The time within which the Defendant has to respond is hereby enlarged to include December 7, 2005.

CHRISTOPHER LAMBERT, ESQ./4396
Attorney for Plaintiff

SCANNED