**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CONSUMER PRODUCT DISTRIBUTION, INC.,
d/b/a J. POLEP DISTRIBUTION SERVICES

VS. CA05-453-S

BARBATO & SONS CANDY CO.

**ANSWER OF DEFENDANT**

1. In response to paragraph 1, Defendant is without knowledge of the allegations contained in the Complaint, and, therefore, leaves the Plaintiff to its proof.

2. Defendant admits the allegations contained in paragraph 2 of the Complaint.

3. Defendant admits the allegations contained in paragraph 3 of the Complaint.

4. Defendant admits the allegations contained in paragraph 4 of the Complaint.

5. In response to paragraph 5, Defendant admits that monies are owed to Plaintiff, but denies the amount as stated in paragraph 5. Furthermore, while this debt was incurred over a period of time, it was not between March 1, 2005, and May 17, 2005.

BARBATO & SONS CANDY CO.
By its attorney,

STEPHEN C. MACKIE, ESQ./1202
MACKIE & REILLY
681 Smith Street
Providence, RI 02908
(401)521-4100
(401)274-5433 (f)

***CERTIFICATION***

*I certify that a copy of the within Answer was mailed to Christopher Lambert, Esq., 86 Weybosset Street, Providence, RI 02903, on the 6th day of December, 2005.*