UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
DEC 20 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CONSUMER PRODUCT DISTRIBUTION, INC. d/b/a J. POLEP DISTRIBUTION SERVICES
Plaintiff

v. C.A. 05-453S

BARBATO & SONS CANDY CO.
Defendant

**MOTION FOR PREJUDGMENT ATTACHMENT**

Plaintiff, Consumer Product Distribution, Inc. d/b/a J. Polep Distribution Services (Polep), through counsel, moves for a prejudgment attachment on Defendant, Barbato & Sons Candy Co.'s real property, equipment, inventory and bank accounts . The grounds for the attachment are set forth more fully in the supporting memorandum submitted herewith.

Consumer Product Distribution, Inc.
d/b/a Polep Distribution Services
By its attorney

Christopher Lambert, #4396
Rodio & Ursillo, Ltd.
86 Weybosset Street
Providence RI 02903
(401) 331-6400 Fax: (401) 331-0436

DATED: December 20 , 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing MOTION FOR PREJUDGMENT ATTACHMENT was served on Stephen C. Mackie, Esquire, Mackie & Reilly, 681 Smith Street, Providence RI 02908, on December 20, 2005.

Karen A McNally