UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CONSUMER PRODUCT DISTRIBUTION,
INC. d/b/a J. Polep Distribution Services,

Plaintiff

VS. C.A. No. 05-453S

BARBATO & SONS CANDY CO.,

Defendant

**ORDER**

After a conference was held with the parties before Judge William E. Smith on January 11, 2006, Plaintiff's unopposed Motion for Prejudgment Attachment is GRANTED and Plaintiff's Motion for Temporary Injunction, or in the Alternative for Expediting Hearing on Motion for Prejudgment Attachment is DENIED as moot.

ORDER:

By: [signature]
Deputy Clerk

ENTER:

[signature]
William E. Smith
U.S. District Judge

Date: 1/17/06

SCANNED