UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
MAR 01 2006
Property of U.S. District Court
District of Rhode Island

CONSUMER PRODUCT DISTRIBUTION, INC. d/b/a J. POLEP DISTRIBUTION SERVICES :
Plaintiff :

V. : C.A. NO.: 05-453S

BARBATO & SONS CANDY CO. :
Defendant :

**STIPULATION OF JUDGMENT**

By agreement of the parties, judgment may enter in favor of the Plaintiff in the amount of Five Hundred Ninety Six Thousand Three Hundred Six and 73/100 ($596,306.73) Dollars.

Consumer Product Distribution, Inc.
d/b/a Polep Distribution Services
By its attorney

Christopher Lambert, #4396
Rodio & Ursillo, Ltd.
86 Weybosset Street
Providence RI 02903
(401) 331-6400

ENTER WEsm
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 3/1/06

Barbato & Sons Candy Co.
By its attorney,

Stephen C. Mackie, Esquire
Mackie & Reilly
681 Smith Street
Providence RI 02908

DATED: 2/27/06

**CERTIFICATION**

I hereby certify that a copy of the foregoing was sent via fax (401) 274-5433 to Stephen C. Mackie, Esquire, Mackie & Reilly, 681 Smith Street, Providence RI 02908, on this the 28th day of February, 2006

Kathy Tappen