CA 05-453S

DC 11
Rev. 7/82

# WRIT OF EXECUTION

| United States District Court | DISTRICT Rhode Island |
|---|---|

TO THE MARSHAL OF:

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME
BARBATO & SONS CANDY CO.

you cause to be made and levied as well a certain debt of: $596,306.73

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $596.306.73 | |
| $596.306 Dollars | and 73 cents |

in the United States District Court for the ______ District of Rhode Island, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Barbato + Sons Candy Co.

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE U.S. District Court | DISTRICT Rhode Island |
|---|---|
| CITY Providence, RI | DATE August 23, 2006 |

Witness the Honorable William E. Smith
(United States Judge)

| DATE | CLERK OF COURT |
|---|---|
| 5/23/06 | (BY) DEPUTY CLERK [signature] |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |