UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CONSUMER PRODUCT :
DISTRIBUTION, INC. :
d/b/a J. POLEP DISTRIBUTION :
SERVICES :

V. : C.A. NO.: 05-4538

BARBATO & SONS CANDY CO. :

**AFFIDAVIT**

I, Christopher Lambert being duly sworn depose and say that:

1. I am the attorney for the Plaintiff, Consumer Product Distribution, Inc. d/b/a J. Polep Distribution Services.

2. That the parties in this matter entered into a Stipulation of Judgment, wherein the Defendant owes Plaintiff the sum of Five Hundred Ninety Six Thousand Three Hundred Six and 73/100 ($596,306.73) Dollars.

3. That on April 11, 2006, a demand was made to Defendant, through their attorney for the amount due and owing Plaintiff. (Exhibit A)

4. That on April 14, 2006, Defendant' attorney denied such request for payment. (Exhibit B)

5. No other efforts have been made to recover this judgment.

6. I am not aware of any Statute, Rule or Court Order that would stay the issuance of an execution in this matter.

[signature]
Christopher Lambert

Subscribed and sworn to before me this 23rd day of May, 2006.

[signature]
Notary Public
MCE: 10/4/09