"EXHIBIT A"

86 WEYBOSSET STREET
PROVIDENCE, RHODE ISLAND 02903
401 331-6400
FAX: 401 331-0436

RODIO & URSILLO, LTD.
*Attorneys at Law*

April 11, 2006

Stephen Mackie, Esquire
681 Smith Street
Providence RI 02908

RE: Consumer Product Distribution, Inc. d/b/a J. Polep Distribution Services
v. Barbato & Sons Candy Co.
C.A. 05-453S

Dear Steve:

Pursuant to Local Rule Cv 69 of Federal District Court, demand for payment is made on the Judgment entered in the above captioned matter. (copy attached) My client demands payment within ten (10) days from the date of this correspondence.

Should I not receive payment or a response, within ten (10) days I will assume that your client is denying payment of the Judgment. Should your client wish to enter a payment plan, please contact me to discuss further.

Very truly yours,

Christopher Lambert

CL:kht
Enclosure

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
MAR 01 2006
Property of U.S. District Court
District of Rhode Island

CONSUMER PRODUCT DISTRIBUTION, INC. d/b/a J. POLEP DISTRIBUTION SERVICES
Plaintiff

v. : C.A. NO.: 05-453S

BARBATO & SONS CANDY CO.
Defendant

## STIPULATION OF JUDGMENT

By agreement of the parties, judgment may enter in favor of the Plaintiff in the amount of Five Hundred Ninety Six Thousand Three Hundred Six and 73/100 ($596,306.73) Dollars.

Consumer Product Distribution, Inc.
d/b/a Polep Distribution Services
By its attorney

Christopher Lambert, #4396
Rodio & Ursillo, Ltd.
86 Weybosset Street
Providence RI 02903
(401) 331-6400

ENTER WAnm
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 3/1/06

Barbato & Sons Candy Co.
By its attorney,

Stephen C. Mackie, Esquire
Mackie & Reilly
681 Smith Street
Providence RI 02908

DATED: 2/27/06

**CERTIFICATION**

I hereby certify that a copy of the foregoing was sent via fax (401) 274-5433 to Stephen C. Mackie, Esquire, Mackie & Reilly, 681 Smith Street, Providence RI 02908, on this the 28th day of February, 2006

Kathy Tappen

"EXHIBIT B"

**Mackie & Reilly**

*Stephen C. Mackie*
*Charles F. Reilly*

*Of Counsel:*
*Terence E. Livingston*
*John T. Longo*
*Brian A. Goldman*

**Attorneys at Law**

*681 Smith Street*
*Providence, Rhode Island 02908*
*Tel (401) 521-4100*
*Fax (401) 274-5433*
*E-mail: Law681@aol.com*
*E-mail: Cfreilly@yahoo.com*

April 14, 2006

Christopher Lambert, Esq.
Rodio & Ursillo
86 Weybosset Street
Providence, RI 02903

RE: Consumer Product Distribution, Inc.
v.
Barbato & Sons Candy Co.
Our file no. 15930

Dear Chris:

I am in receipt of your letter dated April 11, 2006. Please be advised that Barbato & Sons Candy Co., is no longer in business and has not been in business for a couple of months, and there are no assets. Unfortunately, there is no way to enter into any type of a payment plan.

Very truly yours,

STEPHEN C. MACKIE

SCM/tm