CA05-453S

DC 11
Rev. 7/82

# WRIT OF EXECUTION

| United States District Court | DISTRICT Rhode Island |
|---|---|

TO THE MARSHAL OF:

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME
BARBATO & SONS CANDY CO.

you cause to be made and levied as well a certain debt of: $596,306.73

DOLLAR AMOUNT $596.306.73 ~~DOLLAR AMOUNT~~

$596.306 Dollars and 73 cents

in the United States District Court for the ______ District of Rhode Island, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Barbato & Sons Candy Co.

* MADE SERVICE UPON PRESIDENT GILBERT KRAJEWSKI

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE U.S. District Court | DISTRICT Rhode Island |
|---|---|
| CITY | DATE 8/23/06 |

Witness the Honorable William E. Smith
(United States Judge)

| DATE | CLERK OF COURT |
|---|---|
| 5/23/06 | (BY) DEPUTY CLERK [signature] |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| 6/17/06 | 6/20/06 |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | Vincent DeFalco |

FEDERAL PROCESS SERVER

"Radio"

CA 05-453S

VDF 6/16

DC 11
Rev. 7/82

# WRIT OF EXECUTION

| United States District Court | DISTRICT: Rhode Island |
|---|---|

TO THE MARSHAL OF:

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

BARBATO & SONS CANDY CO.

you cause to be made and levied as well a certain debt of: $596,306.73

| DOLLAR AMOUNT | | DOLLAR AMOUNT |
|---|---|---|
| $596.306.73 | | |
| $596.306 Dollars | and | 73 cents |

in the United States District Court for the __________ District of Rhode Island, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Barbato + Sons Candy Co.

* MADE [redacted] SERVICE UPON PRESIDENT GILBERT KRAJEWSKI

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE: U.S. District Court | DISTRICT: Rhode Island |
|---|---|
| CITY: Providence, RI | DATE: August 23, 2006 |

Witness the Honorable William E. Smith
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| 5/23/06 | (BY) DEPUTY CLERK: Albi Ann Mena |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| 6/17/06 | 6/20/06 |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | Vincent DeFalco Jr. |

Federal Process Server